IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ISA M. HARRIS and MUSA J. HARRIS,<br><br>    Defendants. | 4:15-CR-3041<br><br>ORDER |

  The Court is in receipt of documents submitted *pro se* by defendant Musa J. Harris, two of which purport to be court filings. In the Court's previous order denying several of the defendant's *pro se* filings, he was specifically instructed that "all future motions and submissions, including any objection to this order, shall be presented to the court through his appointed counsel." Filing 70 at 4. The documents he has submitted clearly contravene that order. Accordingly, they will be forwarded to the defendant's experienced and capable counsel, Korey Reiman, who can file them with the Court if he believes it appropriate to do so.

  IT IS ORDERED:

1. The Clerk of the Court is directed not to file the documents submitted *pro se* by defendant Musa Harris.

2. The Clerk is directed to forward the documents to the defendant's counsel, Korey Reiman.

3. The Clerk shall send a copy of this order to defendant Musa Harris at the return address set forth in his submission.

Dated this 20th day of October, 2016.

            BY THE COURT:

            *John M. Gerrard*
            John M. Gerrard
            United States District Judge