IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MUSA J. HARRIS,<br><br>  Defendant. | 4:15-CR-3041<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue (filing 117) is granted.

2. Defendant Musa J. Harris' sentencing is continued to May 4, 2017, at 9:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 24th day of March, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge